ALLEGANY LUMBER CO., Limited, Appellant, v. HOYT et al., Respondents.

(Supreme Court, General Term, Fifth Department.  October 20, 1893.)

Action by Allegany Lumber Company, Limited, against William Hoyt and another, as surviving partners.
No opinion.  Motion for judgment denied, and case struck from the calendar.

FORAN v. NEW YORK CENT. & H. R. R. CO.

(Supreme Court, General Term, Fifth Department.  October 20, 1893.)

Action by Richard Foran against the New York Central & Hudson River Railroad Company.
No opinion.  Judgment modified in accordance with the stipulation of the attorneys.  See 19 N. Y. Supp. 417; 21 N. Y. Supp. 478, mem.; 22 N. Y. Supp. 1124, mem.

LEE, Appellant, v. VAN VOORHIS et al., Respondents.

(Supreme Court, General Term, Fifth Department.  October 20, 1893.)

Action by Ann Lee, administratrix, etc., against John Van Voorhis and others.
No opinion.  Motion to dismiss appeal granted, unless appellant, within 20 days, restores to the depository the amount of money withdrawn by her therefrom.  If such amount is restored, the motion is denied.

McANDREW, Respondent, v. LAKE SHORE & M. S. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.  October 20, 1893.)

Action by Alexander McAndrew against the Lake Shore & Michigan Southern Railroad Company.
No opinion.  Motion for reargument denied, with $10 costs.  See 23 N. Y. Supp. 1074.